UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

―――

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:15-cr-00089 |
| ) | |
| v. ) | Honorable Janet T. Neff |
| ) | |
| BARBARA JEAN KELSEY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on November 13, 2015, after receiving the written consent of defendant and all counsel. There is no written plea agreement. At the hearing, defendant Barbara Jean Kelsey entered a *nolo contendere* plea to Count 1 of the indictment charging her with conspiracy to commit mail fraud and/or wire fraud, in violation of 18 U.S.C. §§ 1349, 1341,1343, and to Counts 2 and 3 of the indictment charging her with money laundering, in violation of 18 U.S.C. § 1957. On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact, as established by the government's proffer of evidence.

Having considered the parties' views, and for the reasons stated on the record, I find that a *nolo contendere* plea in this case serves the public interest in the effective administration of justice. *See* FED. R. CRIM. P. 11(a)(3). Accordingly, I recommend that defendant's *nolo contendere* plea to Counts 1-3 of the indictment be accepted, and that the court adjudicate defendant guilty.

Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved to the district judge.


Date:  November 16, 2015                             /s/ Phillip J. Green
                                                     PHILLIP J. GREEN
                                                     United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).