UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARBARA JEAN KELSEY,

    Defendant.
_____/

Case No: 1:15-cr-89

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on November 16, 2015 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 39) is approved and adopted as the opinion of the Court.

2. Defendant's pleas of *nolo contendere* are accepted and defendant is adjudicated guilty of the charges set forth in Counts One, Two and Three of the Indictment.


Dated: December 4, 2015

    /s/Janet T. Neff
JANET T. NEFF
United States District Judge